UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD M. BUZZARD, JR.,<br><br>                    Plaintiff,<br>  v.<br><br>ISRB/CCB, LYNN DELANO, TOM SAHLBERG, DENNIS THAUT, BETSY HOLLINGSWORTH,<br><br>                    Defendants. | No. C15-5874 RBL- KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's Motion for Emergency Preliminary Injunction (Dkt. 11) is **STRICKEN** from the Court's docket.

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 21st day of January, 2016.

                                              Ronald B. Leighton (as auth/dn)
                                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1