1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD BUZZARD, JR.,

                Plaintiff,

    v.

ISRB/CCB, LYNN DELANO, TIM SHALBERG, DENNIS THAUT, BETSY HOLLINGSWORTH,

                Defendants.

No. C15-5874 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR EXTENSION OF TIME**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion to Dismiss (Dkt. 22) is **GRANTED;** Plaintiff's claims against Defendants are **Dismissed with Prejudice;** all pending motions, including Plaintiff's motion for preliminary injunction (Dkt. 16) **are DENIED.**

(3)     Plaintiff wrote a letter to the Court, indicating he intended to object to the Report and Recommendation by March 28, 2016.  He formally moved for an extension of time [Dkt. #43] on March 24, 2016.  He alleges he needs additional time "to prove each defendant 'personally participated' in violating [his] civil and constitutional rights."  *See* Dkt. #43, pg. 1.

(4)     Because the defendants have qualified immunity and Plaintiff did not object by March 28, his motion [Dkt. #43] is **DENIED AS MOOT**.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(5)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 29th day of March, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2