HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD BUZZARD, JR.,<br>Plaintiff,<br>v.<br>ISRB/CCB,<br>Defendant. | CASE NO. C15-5874-RBL<br>ORDER REVOKING IFP STATUS<br>DKT. #52 |

THIS MATTER is before the Court on referral from the Ninth Circuit to determine whether Plaintiff Buzzard's *in forma pauperis* status should continue on appeal [Dkt. #52]. Buzzard pled guilty to Rape of a Child in the First Degree. The Defendant Indeterminate Sentence Review Board thrice denied him release from prison because he refused to participate in a sex offender treatment program. When Buzzard agreed to participate, the Board found him releasable.

Buzzard sued the Board and its (former and current) members under 42 U.S.C. § 1983, alleging its denials were retaliatory. The Court granted him *in forma pauperis* status [Dkt. #6]. The Board moved to dismiss his complaint [Dkt. #22], which Magistrate Judge Strombom recommended the Court grant [Dkt. #40]. She also recommended that the Court deny Buzzard's

motion for a temporary restraining order as moot. The Court adopted her Report and Recommendation [Dkt. #44] because Buzzard cannot sue the Board under 42 U.S.C. § 1983 and its members are entitled to absolute quasi-judicial immunity.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. §1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous). The Court must determine whether Buzzard's appeal is frivolous or malicious, or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. §1915(e)(2)(B)(i)&(ii).

No cognizable legal theory can sustain Buzzard's claims against the Board or its members. The Board is not a person under § 1983, and parole board members are entitled to absolute immunity for parole board decisions. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 109 S. Ct. 2304 (1989) (an entity with Eleventh Amendment immunity is not a "person" within the meaning of § 1983); *see also Brown v. Cal. Dep't of Corr.*, 554 F.3d 747, 751 (9th Cir. 2009) (parole board members are entitled to immunity). Because Buzzard fails to state a claim upon which relief may be granted, the Court REVOKES his *in forma pauperis* status.

IT IS SO ORDERED.

Dated this 5th day of May, 2016.

Ronald B. Leighton
United States District Judge